UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



-------------------------------------------------

UNITED STATES OF AMERICA,

## ORDER

-vs-

CR-06-823-2(FB)

Juan Gonzalez,
        Defendants.

-------------------------------------------------

        On September 17, 2007 the court held a hearing as to the defendant Juan Gonzalez's motion to suppress evidence, witness were sworn and testified and exhibits were offered and entered into evidence. At the conclusion of the hearing the court heard oral argument. Accordingly for the reasons stated on the record it is,

        HEREBY ORDERED that the defendant's motion to suppress evidence is DENIED.

SO ORDERED.

s/Frederic Block, Sr. USDJ
_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
             September 18, 2007